**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6178**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILFREDO GONZALEZ LORA,

Defendant - Appellant.

---

**No. 02-6191**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILFREDO GONZALEZ LORA,

Defendant - Appellant.

---

**No. 02-6366**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILFREDO GONZALEZ LORA,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-98-358-A)

_____

Submitted:  March 15, 2002                    Decided:  April 12, 2002

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wilfredo Gonzalez Lora, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders (1) denying his motion for new trial filed under Fed. R. Crim. P. 33; (2) denying his motion to dismiss the indictment under Fed. R. Crim. P. 12(b)(2); (3) denying his motions to reconsider the denial of his Rule 12(b)(2) and Rule 33 motions; and (4) denying his emergency motion for grand jury documents and motion for appointment of counsel. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lora, No. CR-98-358-A (E.D. Va. filed Dec. 14 & entered Dec. 17, 2001; Jan. 4, 2002; Jan. 9, 2002; Jan. 17, 2002; filed Feb. 7 & entered Feb. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3